UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SADEGH POOZESH, et al.,

    Plaintiffs,

v.

MICHAEL R. POMPEO, et al.,

    Defendants.

Case No:1:19−CV−01466−LJO−SKO

**ORDER RESETTING HEARING DATE ON MOTION FOR PRELIMINARY INJUNCTION FOR JANUARY 10, 2020**

Pursuant to parties' agreement, Plaintiffs' Motion For Preliminary Injunction is re-set for hearing on January 10, 2020, at 8:30 am. Telephonic appearances are permitted. Should the Court determine that a hearing is unnecessary, it will endeavor to vacate the hearing at least a week in advance.

IT IS SO ORDERED.

Dated: **November 21, 2019**     **/s/ Lawrence J. O'Neill**
                                                   UNITED STATES CHIEF DISTRICT JUDGE