UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SADEGH POOZESH, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL R. POMPEO, et al.,<br><br>Defendants. | No. 1:19-cv-01466-LJO-SKO<br><br>ORDER DIRECTING THE CLERK TO TERMINATE PLAINTIFFS SOHIELA ABDOLLAHIAN AND ASSADOLLAH AGHABABA<br><br>(Doc. 31) |

On December 18, 2019, Plaintiffs Sohiela Abdollahian and Assadollah Aghababa ("Plaintiffs Abdollahian and Aghababa") filed a Notice of Voluntary Dismissal, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), in which they voluntarily dismiss, without prejudice, all claims as to those Plaintiffs in the complaint. (Doc. 31.)

In relevant part, Rule 41(a)(1)(A) provides as follows:

> [A] plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A). "The plaintiff may dismiss some or all of the defendants, or some or all of his claims, through a Rule 41(a)(1) notice," and the dismissal "automatically terminates the

action as to the defendants who are the subjects of the notice." *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

Plaintiffs Abdollahian and Aghababa filed their notice before Defendants served either an answer or a motion for summary judgment. As such, Plaintiffs Abdollahian and Aghababa have voluntarily dismissed their claims without prejudice and this case has automatically terminated as to those Plaintiffs. Fed. R. Civ. P. 41(a)(1)(A). Accordingly, the Clerk of the Court is directed to TERMINATE Plaintiffs Sohiela Abdollahian and Assadollah Aghababa.

This case shall remain OPEN pending resolution of the remaining Plaintiffs' claims against Defendants.

IT IS SO ORDERED.

Dated: **December 19, 2019**　　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE