UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SADEGH POOZESH, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL R. POMPEO, et al.,<br><br>Defendants. | No. 1:19-cv-01466-LJO-SKO<br><br>ORDER DIRECTING THE CLERK TO TERMINATE PLAINTIFFS PARSA ATABAKIPASDAR, ZAHRA KHAKZAD, AND ALIREZA MOHAMMADIPOUR<br><br>(Doc. 33) |

On January 1, 2020, Plaintiffs Parsa Atabakipasdar, Zahra Khakzad, and Alireza Mohammadipour ("Plaintiffs Atabakipasdar, Khakzad, and Mohammadipour") filed a Notice of Voluntary Dismissal, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), in which they voluntarily dismiss, without prejudice, all claims as to those Plaintiffs in the complaint. (Doc. 33.)

In relevant part, Rule 41(a)(1)(A) provides as follows:

> [A] plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A). "The plaintiff may dismiss some or all of the defendants, or some or all of his claims, through a Rule 41(a)(1) notice," and the dismissal "automatically terminates the

action as to the defendants who are the subjects of the notice." *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

Plaintiffs Atabakipasdar, Khakzad, and Mohammadipour filed their notice before Defendants served either an answer or a motion for summary judgment. As such, Plaintiffs Atabakipasdar, Khakzad, and Mohammadipour have voluntarily dismissed their claims without prejudice and this case has automatically terminated as to those Plaintiffs. Fed. R. Civ. P. 41(a)(1)(A). Accordingly, the Clerk of the Court is directed to TERMINATE Plaintiffs Parsa Atabakipasdar, Zahra Khakzad, and Alireza Mohammadipour.

This case shall remain OPEN pending resolution of the remaining Plaintiffs' claims against Defendants.

IT IS SO ORDERED.

Dated: **January 7, 2020**              /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE