CURTIS LEE MORRISON (State Bar No. 321106)
THE LAW OFFICE OF RAFAEL URENA
925 N. La Brea, 4th Floor
Los Angeles, California 90038
Telephone: (703) 989-4424
Email: curtis@curtismorrisonlaw.com
*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEYED AMIN SAM MOTAGHEDI, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL R. POMPEO, ET AL., <br><br> Defendants. | No.: 1:19−CV−01466−NONE−SKO <br><br> **STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINE** <br><br> Honorable Judge Sheila K. Oberto |

Plaintiffs, by and through their attorneys of record, and defendants, by and through their attorneys of record, hereby stipulate to extend the deadline for Plaintiffs to respond to Defendants' Motion to Dismiss from September 15, 2020 to September 22, 2020, in light of competing demands upon Plaintiffs' counsel in emergency time-sensitive litigation for thousands of Diversity Visa lottery selectee clients facing a September 30, 2020 deadline. The parties likewise stipulate to extend the deadline for Defendants' Reply brief for the same seven days.

/////

Dated: September 15, 2020

/s/ CURTIS LEE MORRISON

CURTIS LEE MORRISON
Attorney for the Plaintiffs

Dated: September 15, 2020

MCGREGOR W. SCOTT
United States Attorney

/s/ AUDREY B. HEMESATH
AUDREY B. HEMESATH
Assistant United States Attorney

### ORDER

Pursuant to the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that the deadline for Plaintiffs to respond to Defendants' Motion to Dismiss is hereby extended to September 22, 2020, with reply brief due seven days later.  The parties are advised that no further extensions of time will be granted absent a demonstrated showing of good cause.

IT IS SO ORDERED.

Dated:   **September 17, 2020**

UNITED STATES DISTRICT JUDGE