CURTIS LEE MORRISON (State Bar No. 321106)
THE LAW OFFICE OF RAFAEL URENA
925 N. La Brea, 4th Floor
Los Angeles, California 90038
Telephone: (703) 989-4424
Email: curtis@curtismorrisonlaw.com
*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEYED AMIN SAM MOTAGHEDI, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL R. POMPEO, ET AL.,<br><br>Defendants. | Case No.: 1:19−CV−01466−NONE−SKO<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE**<br><br>(Doc. 81)<br><br>Honorable Judge Sheila K. Oberto |

In lieu of pending motions awaiting judgment in his case, including Plaintiffs' March 16, 2020 Motion under F.R.C.P. 12(f). (Dkt. No. 58) and Plaintiffs' October 5, 2020 Motion to Compel Production of the Complete Administrative Record. (Dkt. No. 77), Plaintiffs, hereby request an extension of deadlines set in the Court's scheduling order (Dkt. No. 66). Defendants do not object, except to note that the Defendants also have a pending motion to stay all briefing deadlines in this case. Dkt. No. 67.

The parties now stipulate that the date for filing Plaintiffs' motion for summary judgment should be extended to **January 19, 2021.** Defendants state that they do not intend to file an opposition at this time because defendants have requested a stay in all briefing deadlines. Dkt. 67.

Dated: November 16, 2020

/s/ *CURTIS LEE MORRISON*

CURTIS LEE MORRISON
Attorney for the Plaintiffs

Dated: November 16, 2020

MCGREGOR W. SCOTT
United States Attorney

/s/ *AUDREY B. HEMESATH*
AUDREY B. HEMESATH
Assistant United States Attorney

**ORDER**

Pursuant to the stipulation of the parties (Doc. 81), and good cause appearing, IT IS HEREBY ORDERED that the Court's scheduling order (Doc. 66) is MODIFIED as follows:

1. Plaintiffs' motion for summary judgment shall be filed by no later than **January 19, 2021**.

2. Defendants' opposition to Plaintiffs' motion, as well as their cross-motion for summary judgment, shall be filed by no later than **February 9, 2021**.

3. Plaintiffs' reply brief in support of their motion, as well as their opposition to

Defendants' cross-motion for summary judgment, shall be filed by no later **February 23, 2021**.

4. Plaintiffs' motion for summary judgment and Defendants' cross-motion for summary judgment shall be set for hearing no later than **March 24, 2021**.

5. The Court holds Settlement Conferences on Tuesdays and Thursdays at 10:30 a.m. Counsel are to thoroughly discuss the advantages of and possibilities for settlement with their respective clients, and each other, in order to propose a date on which a Settlement Conference will be set.  By no later than **December 15, 2020**, the parties shall file a joint statement 1) confirming that they have met and conferred, and 2) setting forth three to four proposed Settlement Conference dates in accordance with the Court's calendar.[1]

IT IS SO ORDERED.

Dated:   **November 17, 2020**                             /s/ *Sheila K. Oberto*   
                                                                               UNITED STATES MAGISTRATE JUDGE

---

[1] The Court notes that the parties did not comply with this Court's prior deadline of September 16, 2020, to provide settlement conference dates.  **Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel as well as any party or parties who cause non-compliance with this order.**