1  Bruce D. Praet SBN 119430
2  FERGUSON, PRAET & SHERMAN
   A Professional Corporation
3  1631 East 18th Street
4  Santa Ana, California  92705
   (714) 953-5300 telephone
5  (714) 953-1143 facsimile
6  Bpraet@aol.com

7  Attorneys for Defendants
8

9

10                    UNITED STATES DISTRICT COURT

11                    EASTERN DISTRICT OF CALIFORNIA

12

| 13  BRENDA NICOLE CHARLTON, | NO. 1:20-cv-01136 AWI SKO |
|---|---|
| 14              Plaintiff, | **ORDER re STIPULATED REQUEST TO STAY CIVIL MATTER PENDING PLAINTIFF'S CRIMINAL CASE** |
| 15   vs. | |
| 16 | (Doc. 9) |
| 17  CARLOS SANTOS, an individual POLICE OFFICER, JC MORENO, an individual POLICE OFFICER, DAVID HASTINGS, an individual POLICE SERGEANT, and the CITY OF TULARE, a municipal Corporation, and DOES 1-25, | |
| 22              Defendants. | |

23       Pursuant to Stipulation between the parties (Doc. 9) and for good cause
24  shown,
25

26       **IT IS HEREBY ORDERED AND ADJUDGED:**
27
        1. This matter is stayed and all current dates vacated pending the final
28
   disposition of Plaintiff's underlying criminal case; and

2. The parties are to jointly file a status report every ninety (90) days to advise the Court of the status of the criminal proceeding.

IT IS SO ORDERED.

Dated:     **November 17, 2020**                          /s/ *Sheila K. Oberto*
                                                        UNITED STATES MAGISTRATE JUDGE