CURTIS LEE MORRISON (State Bar No. 321106)
THE LAW OFFICE OF RAFAEL URENA
925 N. La Brea, 4th Floor
Los Angeles, California 90038
Telephone: (703) 989-4424
Email: curtis@curtismorrisonlaw.com
*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEYED AMIN SAM MOTAGHEDI, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL R. POMPEO, ET AL., <br><br> Defendants. | Case No.: 1:19−CV−01466−NONE−SKO <br><br> **STIPULATION AND PROPOSED ORDER TO EXTEND DEADLINE** <br><br> (Doc. 85) <br><br> Honorable Judge Sheila K. Oberto |

In lieu of pending motions awaiting judgment in his case, including Plaintiffs' March 16, 2020 Motion under F.R.C.P. 12(f). (Dkt. No. 58), Plaintiffs' October 5, 2020 Motion to Compel Production of the Complete Administrative Record. (Dkt. No. 77), and Defendants' August 10, 2020 Motion to Dimiss/Stay. (Dkt. No. 67), Plaintiffs, hereby request an extension of deadlines set in the Court's order (Dkt. No. 82). Defendants do not object and they do not intend to file an opposition at this time because defendants have requested a stay in all briefing deadlines. Dkt. 67.

The parties now stipulate that the date for filing Plaintiffs' motion for summary judgment should be extended to **February 2, 2021.**

Dated: January 15, 2021

/s/ *CURTIS LEE MORRISON*

CURTIS LEE MORRISON
Attorney for the Plaintiffs

Dated: January 15, 2021

MCGREGOR W. SCOTT
United States Attorney

/s/ *AUDREY B. HEMESATH*
AUDREY B. HEMESATH
Assistant United States Attorney

**ORDER**

Pursuant to the stipulation of the parties (Doc. 85), and good cause appearing, IT IS HEREBY ORDERED that the case schedule (Doc. 82) is MODIFIED as follows:

1. Plaintiffs' motion for summary judgment shall be filed by no later than **February 2, 2021**.

2. Defendants' opposition to Plaintiffs' motion, as well as their cross-motion for summary judgment, shall be filed by no later than **February 23, 2021**.

3. Plaintiffs' reply brief in support of their motion, as well as their opposition to Defendants' cross-motion for summary judgment, shall be filed by no later **March 9, 2021**.

4. Plaintiffs' motion for summary judgment and Defendants' cross-motion for summary judgment shall be set for hearing no later than **April 7, 2021**.

IT IS SO ORDERED.

Dated: **January 19, 2021**               /s/ *Sheila K. Oberto*
                                          UNITED STATES MAGISTRATE JUDGE