McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

*Attorneys for Defendants*

CURTIS LEE MORRISON (SBN 321106)
The Law Office of Rafael Ureña
925 N. La Brea, 4th Floor
Los Angeles, California 90038
Office: (703) 989-4424
Email: curtis@curtismorrisonlaw.com

*Attorney for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEYED AMIN SAM MOTAGHEDI, <br><br>               Plaintiff, <br><br> v. <br><br> ANTONY BLINKEN, et al., <br><br>               Defendants. | CASE NO.  1:19-CV-1466 NONE SKO <br><br> JOINT STATUS REPORT |

Plaintiffs state that they brought this action under the Administrative Procedure Act and the Mandamus Act seeking to enjoin the Department of State from usurping consular officer authority and discretion to adjudicate plaintiffs' waiver adjudication under Presidential Proclamation 9645, Enhancing Vetting Capabilities and Processes for Detecting Attempted Entry Into the United States by Terrorists or Other Public-Safety Threats, and to compel the resulting unreasonably delayed adjudications.  The parties filed a previous status report advising of the revocation of that Presidential Proclamation.  The parties now further advise that plaintiff Atarie, the sole remaining unadjudicated applicant in this

lawsuit, has been advised by the Department of State that he may now schedule his medical examination. He is expected to travel to Turkey for that purpose shortly.

During the litigation in this case, some plaintiffs' applications were adjudicated under a different Presidential Proclamation, PP 10014, related to the coronavirus pandemic. The Department of State advises that the new Administration is actively reviewing the restrictions imposed by Presidential Proclamation 10014, issued by then-President Trump. The government will provide an update to the court as soon as a decision is taken on whether to rescind the Proclamation.

For these reasons, the parties propose to file a further status report with the Court by March 5, 2021.

Dated: February 12, 2021

McGREGOR W. SCOTT
United States Attorney

By: /s/ AUDREY B. HEMESATH
AUDREY B. HEMESATH
Assistant United States Attorney

By: /s/ CURTIS LEE MORRISON
CURTIS LEE MORRISON
The Law Office of Rafael Ureña
Attorney for the Plaintiffs

ORDER

The parties shall file a further status report by March 5, 2021.

IT IS SO ORDERED.

Dated: **February 16, 2021**

UNITED STATES DISTRICT JUDGE